**Order entered November 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01005-CR

**BOBBIE RICHELLE SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82645-2012**

## ORDER

The Court **GRANTS** appellant's November 21, 2013 motion for extension of time to file appellant's brief for a thirty-day period of time.

We **ORDER** appellant to file the brief within **THIRTY (30) DAYS** from the date of this order.

/s/    LANA MYERS
       JUSTICE